[No. 73938-7-I.   Division One.   December 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. QUALAGINE APERO
HUDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 12-1-00220-9, Frank E. Cuthbertson, J., entered
June 6, 2014. *Reversed* and *remanded* by unpublished
opinion per Appelwick, J., concurred in by Spearman, C.J.,
and Dwyer, J.

[No. 73967-1-I.   Division One.   December 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LEE
BONDS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 13-1-02223-2, John R. Hickman, J., entered
April 25, 2014. *Affirmed* by unpublished opinion per Dwyer,
J., concurred in by Spearman, C.J., and Appelwick, J.

[No. 46516-7-II.   Division Two.   December 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN SCOTT
FESSEL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 13-1-00551-4, Suzan L. Clark, J., entered July
21, 2014. *Reversed* and *remanded with instructions* by
unpublished opinion per Johanson, C.J., concurred in by
Worswick and Maxa, JJ.

[No. 46706-2-II.   Division Two.   December 29, 2015.]

*In the Matter of the Marriage of* ELIZABETH A. ROBBINS,
*Respondent*, and SAMUEL F. VALDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Wah-
kiakum County, No. 13-3-00004-3, Michael J. Sullivan, J.,
entered September 8, 2014. *Affirmed* by unpublished opinion
per Johanson, C.J., concurred in by Worswick and Maxa, JJ.